UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN, II,<br><br>    Plaintiff,<br><br>v.<br><br>RACQUEL E. ZURBANO *et al.*,<br><br>    Defendants. | Case No.: 16-CV-2715-JLS(WVG)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEGAL PROPERTY**<br><br>**[Doc. No. 65.]** |

Plaintiff's motion to compel the CDCR to grant him access to his legal property is DENIED as moot. Based on the Attorney General's investigation and response (see Doc. No. 67), it appears any lack of access to legal property has been caused by multiple transfers within the facility that houses Plaintiff and that some of these transfers have been at Plaintiff's own request. Additionally, it appears Plaintiff is permitted to keep a reasonable amount of legal property inside his cell, but the remaining property is held in storage and is available to Plaintiff. Additionally, it appears Plaintiff was granted access to stored legal property boxes, but he became upset when an officer searched the boxes for contraband without reading the contents of the box. These are reasonable accommodations in light of the facility's security concerns. Accordingly, the Court finds Plaintiff has not been

wrongfully denied access to his legal property as he claims and that any motion based on this incorrect premise is moot.

**IT IS SO ORDERED.**

Dated: May 24, 2018

Hon. William V. Gallo
United States Magistrate Judge

2
16-CV-2715-JLS(WVG)